UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br> )<br>Defendants. )<br> ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW<br>  (Old Southington Landfill)<br>NO:1:04-CV-10680-DPW<br>  (Solvents Recovery Service) |

ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
BLACK & DECKER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
SOLVENTS RECOVERY SERVICE AND OLD SOUTHINGTON LANDFILL

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal the Supplemental Memorandum in Support of Black & Decker's Motion for Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill, the appendix to said memorandum and the Statement of Material Facts Not in Dispute in support of the summary judgment motion. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum, appendix and statement of facts, filed in connection with its summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal

until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated: October 20, 2004

/s/Jack R. Pirozzolo
Jack R. Pirozzolo BBO# 400400
Richard L. Binder BBO# 043240
Judith S. Ziss BBO# 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470