UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION |
| ) | NO. 96-10804-DPW |
| ) | NO. 1:04-CV-10674-DPW |
| Plaintiff, ) | (Old Southington Landfill) |
| ) | NO:1:04-CV-10680-DPW |
| v. ) | (Solvents Recovery Service) |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ASSENTED TO MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF TWENTY PAGES

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in support of its Supplemental Motion for Partial Summary Judgment for Solvents Recovery Service and Old Southington Landfill Sites. A memorandum in excess of twenty pages is appropriate to address the issues pertinent to this motion, which addresses two separate sites that are related.

Liberty Mutual assents to this motion.

By their attorneys,

Dated: October 20, 2004

/s/Jack R. Pirozzolo
Jack R. Pirozzolo BBO# 400400
Richard L. Binder BBO# 043240
Judith S. Ziss, BBO# 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470