UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW<br>   (Old Southington Landfill)<br>NO. 1:04-CV-10680-DPW<br>   (Solvents Recovery Service) |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Black & Decker's Opposition to Liberty Mutual Insurance Company's Supplemental Motions for Summary Judgment with respect to the Solvents Recovery Service Site and the Old Southington Landfill Site.

The original document is maintained in the case file in the Clerk's Office.

Dated:  November 24, 2004        /s/ Jack R. Pirozzolo
                                 Jack R. Pirozzolo BBO # 400400
                                 Richard L. Binder BBO # 043240
                                 Judith S. Ziss BBO # 544937
                                 Willcox, Pirozzolo & McCarthy
                                 Professional Corporation
                                 50 Federal Street
                                 Boston, Massachusetts 02110
                                 (617) 482-5470
                                 Attorneys for defendants