UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10674-DPW<br>   (Old Southington Landfill)<br>NO. 1:04-CV-10680-DPW<br>   (Solvents Recovery Service) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS REPLY MEMORANDUM IN
SUPPORT OF ITS RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING SOLVENTS RECOVERY SERVICE AND
<u>OLD SOUTHINGTON LANDFILL SITES</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal the Reply Memorandum In Support Of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding Solvent Recovery Service and Old Southington Landfill and the Affidavit of Richard L. Binder.  Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents.  Said filings also respond to Liberty Mutual filings which themselves were filed under seal.  Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its opposition to Liberty Mutual's summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated: December 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470