UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | CIVIL ACTION |
| | ) | NO. 96-10804-DPW |
| | ) | NO. 1:04-CV-10674-DPW |
| Plaintiff, | ) | (Old Southington Landfill) |
| | ) | NO. 1:04-CV-10680-DPW |
| v. | ) | (Solvents Recovery Service) |
| | ) | |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER, INC., BLACK & DECKER | ) | |
| (U.S.) INC., EMHART CORPORATION, and | ) | |
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING SOLVENTS RECOVERY SERVICE AND
OLD SOUTHINGTON LANDFILL SITES**

Notice is hereby given that the following documents have been manually filed under seal

with the Court and are available in paper form only.

- Reply Memorandum In Support Of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding Solvents Recovery Service and Old Southington Landfill Sites; and

- Affidavit of Richard L. Binder.

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470